I concur in the result. The State sought to have Murray reindicted for capital murder, notwithstanding an earlier plea agreement accepted by both Murray and the State and adopted by the trial court. The *Page 355 
prohibition against double jeopardy precludes that reindictment.[1] This case differs from Ex partePeterson, 890 So.2d 990 (Ala. 2004), a case in which I dissented, because Peterson, unlike Murray, "repudiated his plea agreement," 890 So.2d at 995. In this case, the State, on its own initiative, sought rescission of the plea agreement.
[1] The trial court also vacated a first-degree-robbery charge against Murray on the independent motion of the State and not pursuant to any motion brought by Murray.